In the Matter of EDMUND J. DONEGAN, an Attorney, Respondent
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Appellant.

In the Matter of MAX N. KOVEN, an Attorney, Respondent.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Appellant.

Argued February 28, 1945; decided April 5, 1945.

*Chester B. McLaughlin* and *Einar Chrystie* for appellant.
*Barent L. Visscher* for Edmund J. Donegan, respondent.
*Jacob L. Holtzmann* for Max N. Koven, respondent.

In each proceeding: Order affirmed with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND, THACHER and DYE, JJ. Taking no part: CONWAY, J.